Truman Adelbert Abbott, appellant, v. Samuel Wilson et al., appellees. Gen. No. 7,711.

Bill to impound notes and trust deeds and restrain transfer. Dismissed for lack of equity and decree for defendants on cross-bill. Appeal from the Circuit Court of McHenry county; the Hon. E. D. Shurtleff, Judge, presiding. Heard in this court at the October term,

1926. Affirmed. Opinion filed December 22, 1927. Rehearing denied February 6, 1928.

D. T. Smiley, for appellant. A. H. Pouse and R. K. Welsh, for Samuel Wilson and Clifford Wilson, appellees.

Mr. Justice Jones delivered the opinion of the court.